THE STATE EX REL. TWIGG, APPELLANT AND CROSS-APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE AND CROSS-APPELLANT, ET AL.

[Cite as *State ex rel. Twigg v. Indus. Comm.* (2000), 87 Ohio St.3d 449.]

(No. 99–681—Submitted November 16, 1999—Decided January 12, 2000.)

---

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant and cross-appellee.

*Betty D. Montgomery,* Attorney General, and *Stephen D. Plymale,* Assistant Attorney General, for appellee and cross-appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.